```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

DONNA C. ADAMS,                         *

       Plaintiff                *

vs.                                     *

                                        CASE NO. 3:08-CV-06 (CDL)

MICHAEL J. ASTRUE, Commissioner         *
of Social Security,
                                *

       Defendant
_____         *

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 29, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 23rd day of February, 2009.

                                           S/Clay D. Land
                                              CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE